IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

    - v -

DECHAWN APPLEWHITE,                  05-CR-291-A

           Defendant.

## ORDER OF FORFEITURE

Pursuant to paragraph 24 of the defendant's Plea Agreement with the government, the defendant agrees to the forfeiture of the guns and ammunition.  Accordingly, it is hereby

**ORDERED**, pursuant to Title 18, United States Code, §§ 924(d) and 3665 the following property is forfeited to the United States and may be retained by the Bureau of Alcohol, Tobacco, Firearms and Explosives for their use or disposition in their discretion in accordance with law and their policies:

    1.  Glock model .17 9mm caliber handgun, serial number CTG431, seized at 376 Ontario Street (upper) on or about March 28, 2005, at Buffalo, New York.

    2.  Colt model Series 80 .45 caliber handgun, serial number LFA4866, seized at 376 Ontario Street(upper) on or about March 28, 2005, at Buffalo New York

    3.  10 rounds of Federal 9mm caliber ammunition, seized at 376 Ontario Street (upper) on or about March 28, 2005 at Buffalo, New York.

SO ORDERED.

                                              s/ *Richard J. Arcara*
                                              HONORABLE RICHARD J. ARCARA
                                              CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT

DATED:  March  30   , 2007